Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, individually and on behalf of all other similarly situated,<br>Plaintiff,<br>v.<br>MENTOR USA; DOES 1 through 10, inclusive,<br>Defendants. | Case No.<br><br>8:17-cv-02053 DOC (DFM)<br><br>**NOTICE OF SETTLEMENT** |

    NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this June 13, 2018.

                                 By: /s/Adrian R. Bacon
                                  ADRIAN R. BACON, ESQ.

## CERTIFICATE OF SERVICE

Filed electronically on June 13, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on June 13, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 13th Day of June, 2018.

By: /s/Adrian R. Bacon
ADRIAN R. BACON, ESQ.