Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, individually and on behalf of all other similarly situated, | Case No. |
| | 8:17-cv-02053 DOC (DFM) |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| MENTOR USA; DOES 1 through 10, inclusive, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

///

Respectfully submitted this 13th Day of August, 2018,

By: s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

By: s/   Brent Phillips
Brent Phillips
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 13, 2018    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on August 13, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on August 13, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
Adrian R. Bacon