# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR USA; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>8:17-cv-02053 DOC (DFM)<br><br>**Order** [21] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this ___14th day of August, 2018___

_David O. Carter_
Honorable Judge of the District Court